UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**RYAN DATA EXCHANGE, LTD.**
**d/b/a RYDEX, LTD.**,

        Plaintiff,

v.                                 Civil Action No.: 2:12-cv-0208

**BADGER METER, INC., BALCRANK**
**CORPORATION, and LINCOLN**
**INDUSTRIAL CORPORATION**,

        Defendants.

## DEFENDANTS' CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for the defendants furnishes the following Disclosure Statement in compliance with Civil L. R. 7.1.

1. State the full name of every party or amicus the attorney represents in the action.

    **ANSWER:**    Badger Meter, Inc.
                           Balcrank Corporation
                           Lincoln Industrial Corporation

2. If such party or amicus is a corporation:

    (A) Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or.

    (B) State that there is no such corporation.

    **ANSWER:**

    Badger Meter, Inc. is a US publicly traded corporation and has no parent corporation and no known publicly held corporation owning 10% or more of its stock.

Lincoln Industrial Corporation is a corporation with a place of business in St. Louis Missouri, and is a wholly owned subsidiary of SKF USA Inc. of Lansdale, PA 19446, which is a wholly owned subsidiary of AB SKF, a Swedish corporate entity.

Balcrank Corporation is a corporation with a place of business in Weaverville North Carolina. Balcrank Corporation is a wholly owned subsidiary of Samoa Industrial, S.A., a Spanish corporate entity having a place of business in GIJÓN (Asturias) SPAIN.

3. State the names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this Court.

    **ANSWER:** Boyle Fredrickson SC

Respectfully submitted,

Date: March 1, 2012    By: s/james f. boyle/_____
    James F. Boyle
    Michael McGovern
    *Attorneys for Defendants*

Boyle Fredrickson, SC
840 N. Plankinton Ave.
Milwaukee, WI 53203
Telephone: 414-225-9755
Facsimile: 414-225-9753
e-mail: jboyle@boylefred.com